UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Tony L. Ellison

      v.                          Case No. 07-cv-131-SM

N.H. Department of Corrections, et al.

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 9, 2007, no objection having been filed, for the reasons set forth therein.  The complaint shall proceed on endangerment and failure to protect claims against defendants Biledeau, McGrath, Marquis, Whittan, Cunningham, Cattell, Crompton and Wrenn.  All other claims and defendants are hereby dismissed from this action.

      SO ORDERED.

January 2, 2008

                                                _____
                                                Steven J. McAuliffe
                                                Chief Judge

cc:    Tony L. Ellison, pro se.
        Danielle Pacik, Esq.